George M. KNIEST, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 82311.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 28, 2003.

Stacey F. Sullivan, St. Louis, MO, for appellant.

John Munson Morris III, Breck K. Burgess, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., ROBERT G. DOWD, JR., J., and MARY R. RUSSELL, J.

### ORDER

PER CURIAM.

Movant, George M. Kniest, appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. He alleged his plea counsel provided ineffective assistance by waiving a pre-sentence investigation and by failing to present mitigation evidence.

Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).